WADE M. BURGESON, SBA #015650
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012

Ph:  (602) 271-9090
Fax:  (602) 222-4999
Email:  wmb@eblawyers.com

Attorneys for North Shore Bank, FSB

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| NORTH SHORE BANK, FSB, a Federal Savings Bank,<br><br>                              Plaintiff,<br>vs.<br><br>DARREL KEUCK, an individual,<br><br>                              Defendant.<br><br>JOHNSON BANK,<br><br>                              Garnishee. | Cause No. 2:15-mc-00044<br><br>**ANSWER OF GARNISHMENT**<br>**(Non-Earnings)**<br><br>(U.S. District Court, District of Utah, Central Division; Case No. 2:14-cv-00834-DAK) |

1. I am the above named Garnishee or am authorized by the Garnishee to make this affidavit on its behalf, regarding the Writ of Garnishment served on Garnishee on this date:

   [X] Yes            [ ] No

2. Was the Garnishee indebted to or otherwise in possession of monies of **Darrel Keuck** ("**Judgment Debtor**") at the time the Writ was served?

   [ ] Yes            [X] No

3. What is the total amount of indebtedness or monies of the Judgment Debtor in the possession of Garnishee at the time the Writ was served? $____0____

4. What is the total amount of indebtedness or monies of the Judgment Debtor withheld by the Garnishee pursuant to the Writ? $____0____

5. What is the amount of indebtedness or monies of the Judgment Debtor not withheld by the Garnishee, and the reason for not withholding?

   a.    Amount of indebtedness not withheld: $____0____

{0005317.0000/00600940.DOC / }

      b.     Reason for not withholding:

6. At the time the Writ of Garnishment was served upon Garnishee, did Garnishee have possession of personal property of the Judgment Debtor?

    ☐ Yes     ☒ No

If yes, describe each item, or group of items, of personal property.

7. Please list all items of personal property withheld by the Garnishee pursuant to the Writ:

8. Based upon Garnishee's knowledge, is another person or entity indebted to the Judgment Debtor, or in possession of personal property of the Judgment Debtor?

    ☐ Yes     ☒ No

If yes, give name and addresses:

9. If Garnishee is a corporation, does Judgment Debtor have now, or at the time the Writ was served, any stocks, bonds, options or other interest in the corporation?

    ☐ Yes     ☒ No

10. Did Garnishee Answer "yes" to either questions #2 or #6?

    ☐ Yes     ☒ No

If yes, copies of the Writ and Summons, underlying Judgment, Notice to Judgment Debtor, and Request for Hearing were delivered to the Judgment Debtor on _____

by:   ☐ hand delivery;

      ☐ regular first class mail to the address determined to be best calculated to reach the Judgment Debtor in a timely manner;

      ☐ service pursuant to the Rules of Civil Procedure applicable to a Summons.

11. Copies of this Answer were delivered on 7-17-15 to the Judgment Debtor, the Judgment Creditor or its attorney, if applicable, at the following addresses:

    Judgment Creditor:    North Shore Bank, FSB
                                c/o Wade M. Burgeson
                                **ENGELMAN BERGER, P.C.**
                                3636 North Central Avenue, Suite 700
                                Phoenix, Arizona 85012

{0005317.0000/00600940.DOC / }

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

|   |   |
|---|---|
| Judgment Debtor: | Darrel Keuck |
|   | 7504 East Christmas Cholla Drive |
|   | Scottsdale, Arizona 85255 |

by:   ☐ hand delivery;

☒ regular first class mail to the address determined to be the best calculated to reach the Judgment Debtor in a timely manner;

☐ service pursuant to the Rules of Civil Procedure applicable to a Summons.

12. Garnishee's name, address and telephone number are:

Louise Galdonik
555 Main St
Racine, WI 53403

13. I have read the foregoing document and know of my own knowledge that the facts stated therein are true and correct.

**WHEREFORE**, Garnishee prays that Garnishee be discharged on this Answer and that the Court award Garnishee reasonable compensation in the amount of $ 0 .

Louise Galdonik
Garnishee (PRINT)
By Louise Galdonik
(Signature of Garnishee or Authorized Agent)

STATE OF ~~ARIZONA~~ Wisconsin )
                                ) ss.
County of ~~Maricopa~~ Racine  )

SUBSCRIBED TO AND SWORN before ~~me~~ this 17 day of July 2015.

Roseann M Beggi
Notary Public

**COPY** of the foregoing mailed/delivered this 17 day July 2015 to:

Wade M. Burgeson
**Engelman Berger, P.C.**
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

[Notary Seal: ROSEANN M. BEGGI, NOTARY PUBLIC, STATE OF WISCONSIN]

11-13-2016

{0005317.0000/00600940.DOC / }

3