Wade M. Burgeson, SBA #015650
**Engelman Berger, P.C.**
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012
————————
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: wmb@eblawyers.com
————————

Attorneys for North Shore Bank, FSB

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| NORTH SHORE BANK, FSB, a Federal Savings Bank,<br><br>        Plaintiff,<br><br>vs.<br><br>DARREL KEUCK, an individual,<br><br>        Defendant.<br><br>JOHNSON BANK,<br><br>        Garnishee. | Cause No. 2:15-mc-00044<br><br>**QUASH OF WRIT OF GARNISHMENT (Non-Earnings)**<br><br>(U.S. District Court, District of Utah, Central Division; Case No. 2:14-cv-00834-DAK) |

**NOTICE IS HEREBY GIVEN** that Plaintiff North Shore Bank, FSB hereby quashes the Writ of Garnishment filed and served herein upon Garnishee Johnson Bank for Judgment Debtor Darrel Keuck.

**DATED** this 28th day of July 2015.

              **Engelman Berger, P.C.**

              By /s/ *Wade M. Burgeson* SBA #015650
                Wade M. Burgeson
                3636 North Central Avenue, Suite 700
                Phoenix, Arizona 85012
                Attorneys for North Shore Bank, FSB

**COPY** of the foregoing mailed
this 28th day of July 2015 to:

Johnson Bank
c/o Louise Galdonik
555 Main Street
Racine, WI 53403

{0005317.0000/00605152.DOC / }

1  Johnson Bank
   8700 East Pinnacle Peak Road
2  Scottsdale, Arizona 85255

3  Johnson Bank
   c/o CT Corporation System
4  3800 North Central Avenue, Suite 460
   Phoenix, Arizona 85012
5

6
           /s/ *Brandi R. Watson*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

{0005317.0000/00605152.DOC / }