FILED _____ LODGED
RECEIVED _____ COPY

AUG 0 3 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

WADE M. BURGESON, SBA #015650
**ENGELMAN BERGER, P.C**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012

Ph: (602) 271-9090
Fax: (602) 222-4999
Email: wmb@eblawyers.com

Attorneys for North Shore Bank, FSB

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| NORTH SHORE BANK, FSB. a Federal Savings Bank, | Cause No. 2.15-mc-00044 |
| Plaintiff. | **ANSWER OF GARNISHMENT** (Non-Earnings) |
| vs. | |
| DARREL KEUCK, an individual, | (U.S. District Court, District of Utah, Central Division, Case No. 2:14-cv-00834-DAK) |
| Defendant. | |
| JPMORGAN CHASE BANK, NA, | |
| Garnishee. | |

1.  I am the above named Garnishee or am authorized by the Garnishee to make this affidavit on its behalf, regarding the Writ of Garnishment served on Garnishee on this date: 07/23/2015

    ☑ Yes          ☐ No

2.  Was the Garnishee indebted to or otherwise in possession of monies of **Darrel Keuck** (**"Judgment Debtor"**) at the time the Writ was served?

    ☑ Yes          ☐ No

3.  What is the total amount of indebtedness or monies of the Judgment Debtor in the possession of Garnishee at the time the Writ was served? $ 2604.50

4.  What is the total amount of indebtedness or monies of the Judgment Debtor withheld by the Garnishee pursuant to the Writ? $ 2229.50

5.  What is the amount of indebtedness or monies of the Judgment Debtor not withheld by the Garnishee, and the reason for not withholding?

    375.00

    a.    Amount of indebtedness not withheld. $ 375.00

{0005317.0000/00602356.DOC / }

b.    Reason for not withholding: $300.00 Statutory exemption
$75.00 Processing fee

6.   At the time the Writ of Garnishment was served upon Garnishee, did Garnishee have possession of personal property of the Judgment Debtor?

☐ Yes          ☑ No

If yes, describe each item, or group of items, of personal property.

7    Please list all items of personal property withheld by the Garnishee pursuant to the Writ:

*None*

8.   Based upon Garnishee's knowledge, is another person or entity indebted to the Judgment Debtor, or in possession of personal property of the Judgment Debtor?

☐ Yes          ☑ No

If yes, give name and addresses:

9.   If Garnishee is a corporation, does Judgment Debtor have now, or at the time the Writ was served, any stocks, bonds, options or other interest in the corporation?

☐ Yes          ☑ No

10.  Did Garnishee Answer 'yes' to either questions #2 or #6?

☑ Yes          ☐ No

If yes, copies of the Writ and Summons, underlying Judgment, Notice to Judgment Debtor and Request for Hearing were delivered to the Judgment Debtor on __07/24/15__

by   ☐   hand delivery:

☑   regular first class mail to the address determined to be best calculated to reach the Judgment Debtor in a timely manner:

☐   service pursuant to the Rules of Civil Procedure applicable to a Summons.

11   Copies of this Answer were delivered on __7/29/2015__ to the Judgment Debtor, the Judgment Creditor or its attorney, if applicable, at the following addresses:

Judgment Creditor:   North Shore Bank, FSB
c/o Wade M. Burgeson
ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

{0005317.0000/00602356.DOC / }

2

1   Judgment Debtor·    Darrel Keuck
2                       7504 East Christmas Cholla Drive
                        Scottsdale, Arizona 85255

3       by·   ☐   hand delivery·

4             ☑   regular first class mail to the address determined to be the best calculated
                  to reach the Judgment Debtor in a timely manner;
5
6             ☐   service pursuant to the Rules of Civil Procedure applicable to a Summons.

7   12.   Garnishee's name, address and telephone number are:

8           *JPMorgan Chase Bank NA*
9           *PO Box 183164*
10          *Columbus OH 45218*

11  13.   I have read the foregoing document and know of my own knowledge that the facts stated therein
         are true and correct.

12          **WHEREFORE,** Garnishee prays that Garnishee be discharged on this Answer and that the

13  Court award Garnishee reasonable compensation in the amount of $ *0·00* .

14                                    **AMANPREET SINGH**

15                                    Garnishee (PRINT)
16                                    By _____
                                      (Signature of Garnishee or Authorized Agent)

17  STATE OF ~~ARIZONA~~ *Texas* ᴬˢ  )
                                     )  ss.         **Document Review Specialist**
18  County of ~~Maricopa~~ *Ss.*     )
19          *Bexar*

19          **SUBSCRIBED TO AND SWORN** before me this __29__ day of __July__ 2015.
20
21                                    _____
                                      Notary Public

22  **COPY** of the foregoing mailed/delivered
23  this __29__ day July 2015 to:

24  Wade M. Burgeson
    **Engelman Berger, P.C.**
25  3636 North Central Avenue. Suite 700
    Phoenix, Arizona 85012

                JONATHON PFORTMILLER
                Notary Public, State of Texas
                My Commission Expires
                March 11, 2019

26
27  _____

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

(0005317.0000/00602356.DOC / )                3



OH1-1283
340 S CLEVELAND AVE.
WESTERVILLE, OH  43081-8917

- - - - - - - - - - - -


UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA
401 WEST WASHINGTON STREET STE 130 SPC 1
PHEONIX 85003-2118


- - - - - - - - - - - -


COAL-23Jul15-3235
SD_SwornDocumentExecution_000022470122