WADE M. BURGESON, SBA #015650
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012

Ph: (602) 271-9090
Fax: (602) 222-4999
Email: wmb@eblawyers.com

Attorneys for North Shore Bank, FSB

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| NORTH SHORE BANK, FSB, a Federal Savings Bank,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DARREL KEUCK, an individual,<br><br>　　　　　　　　　　Defendant.<br><br>JPMORGAN CHASE BANK, NA,<br><br>　　　　　　　　　　Garnishee. | Cause No. 2:15-mc-00044<br><br>**APPLICATION FOR JUDGMENT ON GARNISHMENT**<br><br>(U.S. District Court, District of Utah, Central Division; Case No. 2:14-cv-00834-DAK) |

Pursuant to A.R.S. §12-1584(a), Judgment Creditor North Shore Bank, FSB ("North Shore"), the Judgment Creditor herein, requests that this Court enter a Judgment against Garnishee JPMorgan Chase Bank, NA ("Garnishee") on Garnishee's *Answer of Garnishment* (the "Answer") in the amount of $2,229.50 (the "Answer"). Garnishee was served with the Writ of Garnishment (the "Writ"), and filed its Answer on August 3, 2015. Garnishee's Answer stated that pursuant to the Writ, it is holding $2,229.50 of monies from the account of **Darrel Keuck.** A true and correct copy of the Answer is attached hereto as **Exhibit "A"** and by this reference incorporated herein.

There has been no objection to the Writ or the Answer. Accordingly, pursuant to A.R.S. §12-1584(a), North Shore is entitled to Judgment against Garnishee in the amount of $2,229.50, as disclosed by Garnishee in its Answer. North Shore respectfully requests that this Court enter Judgment against Garnishee, as requested herein, in the form submitted herewith.

{0005317.0000/00610199.DOC / }

1  **DATED** this 21st day of August 2015.

**ENGELMAN BERGER, P.C.**

By /s/ *Wade M. Burgeson*
    Wade M. Burgeson
    3636 North Central Avenue, Suite 700
    Phoenix, Arizona 85012
    Attorneys for Plaintiff Wells Fargo Bank, N.A.

**COPY** of the foregoing mailed this 21st day of August 2015 to:

JPMorgan Chase Bank, NA
Claims Dept.
PO Box 183164
Columbus, Ohio 45218

Darrel Keuck
7504 East Christmas Cholla Drive
Scottsdale, Arizona 85255


    /s/ *Brandi R. Watson*

{0005317.0000/00610199.DOC / }

# EXHIBIT "A"
### (Answer of Garnishee)

Case 2:15-mc-00044   Document 12   Filed 08/03/15   Page 1 of 4

```
                                          FILED _____ LODGED
                                          RECEIVED _____ COPY

                                              AUG 0 3 2015

                                          CLERK U S DISTRICT COURT
                                            DISTRICT OF ARIZONA
                                          BY_____ DEPUTY
```

1  WADE M. BURGESON, SBA #015650
   ENGELMAN BERGER, P.C
2  3636 NORTH CENTRAL AVENUE, SUITE 700
   PHOENIX, ARIZONA 85012
3
   Ph: (602) 271-9090
   Fax: (602) 222-4999
4  Email: wmb@eblawyers.com

5  Attorneys for North Shore Bank, FSB

6
                    IN THE UNITED STATES DISTRICT COURT
7
                            DISTRICT OF ARIZONA
8

9  NORTH SHORE BANK, FSB. a Federal          Cause No. 2.15-mc-00044
   Savings Bank,
10
                          Plaintiff,         **ANSWER OF GARNISHMENT**
11 vs.                                       **(Non-Earnings)**

12 DARREL KEUCK, an individual,
                                             (U.S. District Court, District of Utah, Central
13                        Defendant.         Division, Case No. 2:14-cv-00834-DAK)

14 JPMORGAN CHASE BANK, NA,

15                        Garnishee.

16 1.  I am the above named Garnishee or am authorized by the Garnishee to make this affidavit on its
       behalf, regarding the Writ of Garnishment served on Garnishee on this date: 07/23/2015
17
              ☑  Yes                                    ☐  No
18
   2.  Was the Garnishee indebted to or otherwise in possession of monies of **Darrel Keuck**
19     ("**Judgment Debtor**") at the time the Writ was served?

20            ☑  Yes                                    ☐  No

21 3.  What is the total amount of indebtedness or monies of the Judgment Debtor in the possession of
       Garnishee at the time the Writ was served? $  2604.50
22

23
   4.  What is the total amount of indebtedness or monies of the Judgment Debtor withheld by the
24     Garnishee pursuant to the Writ? $  2229.50

25
   5.  What is the amount of indebtedness or monies of the Judgment Debtor not withheld by the
26     Garnishee, and the reason for not withholding?

27         a.    Amount of indebtedness not withheld. $  375.00

{00053317.0000/00602356.DOC / }

     b.    Reason for not withholding: $300.00 Statutory exemption
$75.00 Processing fee

6. At the time the Writ of Garnishment was served upon Garnishee, did Garnishee have possession of personal property of the Judgment Debtor?

    ☐ Yes    ☑ No

If yes, describe each item, or group of items, of personal property.

7. Please list all items of personal property withheld by the Garnishee pursuant to the Writ: None

8. Based upon Garnishee's knowledge, is another person or entity indebted to the Judgment Debtor, or in possession of personal property of the Judgment Debtor?

    ☐ Yes    ☑ No

If yes, give name and addresses:

9. If Garnishee is a corporation, does Judgment Debtor have now, or at the time the Writ was served, any stocks, bonds, options or other interest in the corporation?

    ☐ Yes    ☑ No

10. Did Garnishee Answer 'yes' to either questions #2 or #6?

    ☑ Yes    ☐ No

If yes, copies of the Writ and Summons, underlying Judgment, Notice to Judgment Debtor and Request for Hearing were delivered to the Judgment Debtor on 07/24/15

by  ☐ hand delivery;

    ☑ regular first class mail to the address determined to be best calculated to reach the Judgment Debtor in a timely manner

    ☐ service pursuant to the Rules of Civil Procedure applicable to a Summons.

11. Copies of this Answer were delivered on 7/29/2015 to the Judgment Debtor, the Judgment Creditor or its attorney, if applicable, at the following addresses:

    Judgment Creditor:   North Shore Bank, FSB
                             c/o Wade M. Burgeson
                             ENGELMAN BERGER, P.C.
                             3636 North Central Avenue, Suite 700
                             Phoenix, Arizona 85012

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

{00053317.0000/00602356.DOC / }

7/23/2015 2:40:24 PM PAGE 46/057 Fax Server  JPMorgan Chase

|   |   |   |
|---|---|---|
| Judgment Debtor: | Darrel Keuck | |
| | 7504 East Christmas Cholla Drive | |
| | Scottsdale, Arizona 85255 | |

by:  ☐  hand delivery;

☑  regular first class mail to the address determined to be the best calculated to reach the Judgment Debtor in a timely manner;

☐  service pursuant to the Rules of Civil Procedure applicable to a Summons.

12. Garnishee's name, address and telephone number are:

JPMorgan Chase Bank NA
PO Box 183164
Columbus OH 45218

13. I have read the foregoing document and know of my own knowledge that the facts stated therein are true and correct.

WHEREFORE, Garnishee prays that Garnishee be discharged on this Answer and that the Court award Garnishee reasonable compensation in the amount of $ 0.00.

AMANPREET SINGH
_____
Garnishee (PRINT)
By _____
(Signature of Garnishee or Authorized Agent)

Document Review Specialist

STATE OF ~~ARIZONA~~ Texas  )
                            ) ss.
County of ~~Maricopa~~ Bexar )

SUBSCRIBED TO AND SWORN before me this 29 day of July, 2015.

_____
Notary Public

[Notary Seal: JONATHON PFORTMILLER, Notary Public, State of Texas, My Commission Expires March 11, 2019]

COPY of the foregoing mailed/delivered this 29 day July 2015 to:

Wade M. Burgeson
**Engelman Berger, P.C.**
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

{00053317.0000/00602356.DOC /}

3

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

7/23/2015 2:40:24 PM PAGE 47/057 Fax Server    JPMorgan Chase



OH1-1283
340 S CLEVELAND AVE.
WESTERVILLE, OH 43081-8917

- - - - - - - - - - - - -

UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA
401 WEST WASHINGTON STREET STE 130 SPC 1
PHEONIX 85003-2118

- - - - - - - - - - - -

COAL-23Jul15-3235
SD_SwornDocumentExecution_000022470122