# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| NORTH SHORE BANK, FSB, a Federal Savings Bank,<br><br>  Plaintiff,<br>vs.<br><br>DARREL KEUCK, an individual,<br><br>  Defendant.<br><br>JPMORGAN CHASE BANK, NA,<br><br>  Garnishee. | Cause No. 2:15-mc-00044<br><br>**JUDGMENT ON GARNISHMENT**<br><br>(U.S. District Court, District of Utah, Central Division; Case No. 2:14-cv-00834-DAK) |

The Court having reviewed and considered Judgment Creditor North Shore Bank, FSB's *Application for Judgment on Garnishment* (the "Application"), and no timely objection to the Writ or the Answer (as those terms are defined in the Application) having been filed in this matter, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be and hereby is entered in favor of Judgment Creditor North Shore Bank, FSB, and against Garnishee JPMorgan Chase Bank, N.A. ("Garnishee") in the amount of $2,229.50 as being held by Garnishee from the account of **Darrel Keuck.**

**DATED** this _____ day of _____ 2015.

_____
Maricopa County Superior Court Commissioner

{0005317.0000/00610201.DOC / }