# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| North Shore Bank FSB, | No. MC-15-00044-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Darrel Keuck, | |
| Defendant. | |
| | |
| JPMorgan Chase Bank NA, | |
| Garnishee. | |

Pending before the Court are Plaintiff's Motion for Judgment on Garnishment and United States Magistrate Judge John Boyle's Report and Recommendation ("R&R"). Docs. 13, 16. The R&R recommends that the Court grant judgment on garnishment Doc. 13 at 4. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 4 (citing 28 U.S.C. ¶ 636(b)(1); Fed. R. Civ. P. 6(a), 6(b) and 72).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must

determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and grant judgment on garnishment. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Boyle's R&R (Doc. 13) is **accepted**.

2. Plaintiff's Motion for Judgment on Garnishment (Doc. 13) is granted.

3. The Clerk of Court is directed to enter judgment in favor of Judgment Creditor North Shore Bank, FSB, and against Garnishee JPMorgan Chase Bank, N.A. ("Garnishee") in the amount of $2,229.50 as being held by Garnishee from the account of Darrell Keuck.

4. The Clerk of Court is directed to terminate this action.

Dated this 26th day of October, 2015.

Honorable G. Murray Snow
United States District Judge